UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Frank DeLorenzo
                                Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR- 327 ( )

Defendant _____ Frank DeLorenzo _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ✓ teleconferencing:

___ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_Frank Do Vorenzo_ _Jr._
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Frank DeLorenzo_
Print Defendant's Name

_James R. DeVita_
Defendant's Counsel's Signature

_James R. DeVita_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

July 10, 2020
Date

_Judith C. McCarthy_
U.S. District Judge/U.S. Magistrate Judge

