# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc #  _____
Date Filed:  August 3, 2020
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

                Plaintiff                   **SCHEDULING ORDER**

      -against-                             20-CR-327 (VB)

Frank Delorenzo
                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Bail Hearing for 8/14/2020 at 1 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: August 3, 2020
        White Plains, New York

                                          SO ORDERED:

                                          s/      PED
                                          _____

                                          PAUL E. DAVISON
                                          United States Magistrate Judge