UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

Frank Delorenzo

        Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

20-CR-327-VB

Defendant Frank Delorenzo hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☒     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

_Frank DeLorenzo_ /JRD  
Defendant's Signature  
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Frank DeLorenzo_  
Print Defendant's Name

_James R. DeVita_  
Defendant's Counsel's Signature

_James R DeVita_  
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_8/14/20_  
Date

_____  
U.S. District Judge/U.S. Magistrate Judge

Scanned with MOBILE SCANNER