UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :   **ORDER**
v.                               :
                                 :   20 CR 327 (VB)
FRANK DELORENZO,                 :
                  Defendant.     :
--------------------------------------------------x

It is hereby ORDERED that James R. DeVita, Esq., is relieved as attorney of record for defendant Frank DeLorenzo, and Joseph Vita, Esq., is appointed as defendant DeLorenzo's attorney pursuant to the Criminal Justice Act.

Dated: September 21, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge